UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TENPEARLS, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-550-SDJ |
| | § | |
| MEDULLA INTERNATIONAL, LLC | § | |
| d/b/a TASTEBUDDY, LLC | § | |

## **DEFAULT JUDGMENT**

This matter was before the Court on Plaintiff TenPearls, LLC's Motion for Rendition of Default Judgment, (Dkt. #25), Motion for Entry of Default and for Default Judgment, (Dkt. #30), and Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. #33). In the motions, TenPearls, LLC ("TenPearls") sought entry of a default judgment awarding TenPearls damages and a permanent injunction against Defendant Medulla International, LLC d/b/a Tastebuddy, LLC ("Tastebuddy"). The Court granted the default judgment motions and granted in part the motion for injunctive relief, concluding that TenPearls is entitled to default judgment on its breach-of-contract claim and request for a permanent injunction against Tastebuddy.

It is therefore **ORDERED, ADJUDGED, and DECREED** that:

1. TenPearls shall recover compensatory damages in the amount of $230.130.41.

2. TenPearls shall recover prejudgment interest at a rate of 5.00% from May 24, 2022, until May 4, 2023, the day preceding the date of judgment.

3.  TenPearls shall recover postjudgment interest at a rate of 4.72% from the date of this judgment until the judgment is satisfied.

It is further **ORDERED** that, effective immediately, Defendant Medulla International, LLC, d/b/a Tastebuddy, LLC and all of its affiliates, subsidiaries, officers, directors, shareholders, and employees, or those in active concert with it, are hereby **PERMANENTLY ENJOINED** from further use of the "Tastebuddy" platform as developed by TenPearls, including the web portal, both ios and android applications for buyers and sellers, and any related databases, digital files, software, code, or printouts or images of the same (the "Intellectual Property") except as may be necessary for the enforcement of this Order. The aforementioned Intellectual Property shall be removed from any public viewing or usage, and the Intellectual Property may not be viewed or utilized by the public or by any third parties except as such may be necessary for enforcement of this Order, or as utilized by TenPearls. The Intellectual Property shall not be destroyed during the pendency of this lawsuit and enforcement of any resulting orders or judgments.

It is further **ORDERED** that all relief not specifically granted herein is **DENIED**.

**This is a final judgment, which disposes of all claims and causes of action.** The Clerk is directed to close this civil action.

So ORDERED and SIGNED this 5th day of May, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE